# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SANDRA A. PECK,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-884-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. SECTION 405(G)(Doc. No. 8)**
>
> **FILED:**    **July 23, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    As the Commissioner has represented that the administrative record has been lost and needs to be reconstructed, the unopposed motion should be granted, and the case should be remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Should this recommendation be adopted, no final judgment should be entered, but the Clerk should terminate all deadlines and administratively close the case. In addition, the Commissioner should be required to

file a status report December 1, 2009 and every 120 days thereafter until the administrative process is completed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 27, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy