**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANDRA A. PECK,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-884-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

This cause is before the Court on the Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. Section 405(g) (Doc. No. 8) filed on July 23, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 27, 2009 (Doc. No. 9) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. Section 405(g) (Doc. No. 8) is GRANTED.

3. This matter is hereby REMANDED to reconstruct the file and for further administrative action.

4. The Commissioner shall file a status report December 1, 2009, and every three months thereafter until the administrative process is completed.

5. The Clerk is directed to administratively close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge